FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN -9 2017 ★
BROOKLYN OFFICE

16CV5421(LDH)

12-29-16

To Pro Se Office U.S.D.C, E.D.N.Y,

Respect.

I Christopher Q. Kenny #701803 or 1410318739 case # 16 civ 5421 L.D.H, L.B

Please note since a substantial part of the events or omissions given rise to this claim allegedly occurred in the Eastern District of N.Y, the correct venue for the 2254 petition and the 2255 petition is the Eastern District of N.Y, as directed by U.S.D.J Kiyo A. Matsumoto.

The Court should just favour Plaintiff.

Wherefore Plaintiff strongly demand the Court deny Defendants' request for change of venue. And grant OTSC.

The U.S.D.C, S.D.N.Y already transferred my 2254 petition and my 2255 petition to the U.S.D.C, E.D.N.Y in the interest of justice. See case 11 civ 397 K.Q.M. E.D.N.Y entry #4. 28 U.S.C. 1391(b), 1406(a) U.S.D.C, E.D.N.Y.

Thanks in advance.

Truly
C. Kenny

Christopher A. Henry,
# 14103187-39 or 130-86,
M-H.F.P.C, BLDG 2, ward 6
New Hampton, N.Y 10958.

Urgent!

Pro Se Office,
U.S.D.C, E.D.N.Y,
225 Cadman Plaza East,
B.K.L.Y.N, N.Y 11201.

11201-183299